UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>           Plaintiff,<br><br>   v.<br><br>DARYOUSH RESTAURANT, LLC,<br><br>           Defendant. | Case No. 21-cv-03040-JST   (SK)<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 32 |

This matter has been referred to the undersigned to conduct a settlement conference. On December 20, 2021, the Court scheduled a video scheduling conference for January 4, 2022, at 9:30 a.m. (Dkt. 32.) Counsel for Defendant Daryoush Restaurant, LLC, failed to appear. The Court attempted to contact Defendant's counsel, who still did not appear. Therefore, the Court HEREBY ORDERS counsel for Defendant Daryoush Restaurant, LLC, to show cause why he should not personally be sanctioned in the amount of $250 for failing to appear. Counsel shall respond to this Order to Show Cause in writing by no later than January 14, 2022.

**IT IS SO ORDERED**.

Dated: January 4, 2022

_____
SALLIE KIM
United States Magistrate Judge